# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                         :          NO. 202
                                               :
ADOPTION OF RULE 404 AND                       :          DISCIPLINARY RULES
AMENDMENT OF RULES 102, 201(a)(3), :
204(c), 217(d)(3) AND 219(b)(2) OF THE  :          DOCKET
PENNSYLVANIA RULES OF
DISCIPLINARY ENFORCEMENT

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2020, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania, the proposal having been published for comment in the Pennsylvania Bulletin, 50 Pa.B. 2631 (May 23, 2020):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, that Rule 404 of the Pennsylvania Rules of Disciplinary Enforcement is adopted, and Rules 102, 201(a)(3), 204(c), 217(d)(3) and 219(b)(2)  are amended, as set forth in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in thirty (30) days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.